1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant MARVIN REED

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| 12 | UNITED STATES OF AMERICA, | ) | CR 04-40187 MJJ (DLJ) |
|----|---------------------------|---|-----------------------|
| 13 | Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS OR FURTHER MOTION HEARING |
| 14 | v. | ) | FROM JUNE 12, 2009 TO JULY 24, 2009 |
| 15 | MARVIN REED, | ) ) | |
| 16 | Defendant. | ) ) | |

17

18                              **STIPULATION**

19     The parties last appeared before this Court on April 3, 2009.  At that hearing, the matter was

20  continued for status or further motion hearing to June 12, 2009, as the parties and the Court were

21  awaiting a decision in a case currently before the Ninth Circuit Court of Appeals, *United States*

22  *v. Sipai*, CA 08-10300.  In open court, the parties indicated that the matter could be continued to

23  a further date by stipulation and proposed order if there was no decision in the *Sipai* case before

24  the June 12, 2009 date.  Given that there is still no decision in the *Sipai* case, the defense

25  requests that the matter be continued to July 24, 2009 at 11:00 a.m.  The government has no

26  / /

27  / /

28  / /

STIP. & [PROPOSED] ORDER
CR 04-40187 MJJ (DLJ)

1 | objection to this request.
2 |     IT IS SO STIPULATED.

DATED: June 10 2009   /s/
MERRY JEAN CHAN
Assistant United States Attorney

DATED: June 10, 2009   /s/
SHAWN HALBERT
Assistant Federal Public Defender

## ORDER

For the reasons stated above, the Court hereby orders that the status or further motion hearing date shall be continued from June 12, 2009 to July 24, 2009 at 11:00 a.m.

IT IS SO ORDERED.

DATED: June 11, 2009

D. LOWELL JENSEN
United States Magistrate Judge

STIP. & [PROPOSED] ORDER
CR 04-40187 MJJ (DLJ)