BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant MARVIN REED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CR 04-40187 MJJ (DLJ) |
| | ) |
| Plaintiff, | ) |
| | )  STIPULATION **AND  ORDER** |
| v. | )  CONTINUING STATUS OR FURTHER |
| | )  MOTION HEARING FROM JULY 24, 2009, |
| MARVIN REED, | )  TO SEPTEMBER 4, 2009 |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION**

The parties previously stipulated to continue the hearing date in this matter pending a

decision in a case currently before the Ninth Circuit Court of Appeals, *United States v. Sipai*, CA

08-10300.  Given that there is still no decision in the *Sipai* case, the defense requests that the

//

//

//

//

//

//

STIP. & [PROPOSED] ORDER
CR 04-40187 MJJ (DLJ)                                                                                      1

1    matter be continued to **September 4, 2009 at 11:00 a.m.**  The government has no objection to

2    this  request.

3        IT IS SO STIPULATED.

4
     DATED:        July 21, 2009                _____
5                                                      /s/
                                               MERRY JEAN CHAN
6                                              Assistant United States Attorney

7
     DATED:        July 21, 2009                _____
8                                                      /s/
                                               SHAWN HALBERT
9                                              Assistant Federal Public Defender

10

11

12                              **ORDER**

13        For the reasons stated above, the Court hereby orders that the status or further motion

14   hearing date shall be continued from July 24, 2009, to September 4, 2009, at 11:00 a.m.

15        IT IS SO ORDERED.

16

17   DATED: July 22, 2009            _____
18                                   D. LOWELL JENSEN
                                     United States District Judge
19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER
CR 04-40187 MJJ (DLJ)                                                                    2