1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant MARVIN REED

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,    )   CR 04-40187 MJJ (DLJ)
                                  )
13 |              Plaintiff,      )   STIPULATION AND **ORDER**
                                  )   CONTINUING STATUS OR FURTHER
14 |      v.                      )   MOTION HEARING FROM SEPTEMBER 4,
                                  )   2009 TO OCTOBER 16, 2009
15 | MARVIN REED,                 )
                                  )
16 |              Defendant.      )
                                  )

17

18                              **STIPULATION**

19    The parties previously stipulated to continue the hearing date in this matter pending a

20 decision in a case currently before the Ninth Circuit Court of Appeals, *United States v. Sipai*, CA

21 08-10300.  Given that there is still no decision in the *Sipai* case, the defense requests that the

22 matter be continued to October 16, 2009 at 11:00 a.m.  The government has no objection to this

23 request.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIP. & [PROPOSED] ORDER
CR 04-40187 MJJ (DLJ)                                                                    1

SO STIPULATED:

DATED:       September 3, 2009        ____/s/_____
                                      MERRY JEAN CHAN
                                      Assistant United States Attorney


DATED:       September 3, 2009        ____/s/_____
                                      SHAWN HALBERT
                                      Assistant Federal Public Defender

## ORDER

For the reasons stated above, the Court hereby orders that the status or further motion hearing date shall be continued from September 4, 2009 to October 16, 2009 at 11:00 a.m.

SO ORDERED.

DATED:   September 3, 2009           _____
                                      D. LOWELL JENSEN
                                      United States District Judge

STIP. & [PROPOSED] ORDER
CR 04-40187 MJJ (DLJ)                                                                  2